Rebecca L. Pennell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
RICKY DALE HENSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-06-2029-LRS |
| vs. | ) DEFENDANT'S MOTION TO COMPEL |
| | ) GRAND JURY TRANSCRIPTS |
| RICKY DALE HENSON, | ) |
| | ) **April 27, 2006** |
| Defendant. | ) **8:15 a.m., Yakima, WA** |

TO:  JAMES A. McDEVITT, UNITED STATES ATTORNEY
     JAMES P. HAGARTY, ASSISTANT UNITED STATES ATTORNEY

RICKY DALE HENSON, by and through his attorney, Rebecca L. Pennell, for the Federal Defenders of Eastern Washington and Idaho, hereby moves this court for an order compelling preparation and production of transcripts of the testimony of witnesses offered by the government before the grand jury.  This motion is based upon the accompanying memorandum and any material which may be brought before the court at a hearing in this case.

Dated: April 17, 2006           Respectfully submitted,

                                s/ Rebecca L. Pennell
                                Rebecca L. Pennell, 27851
                                Attorney for Ricky Dale Henson
                                Federal Defenders of Eastern
                                Washington and Idaho
                                306 East Chestnut Avenue
                                Yakima, Washington 98901
                                Telephone Number: (509) 248-8920

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax Number: (509) 248-9118
rebecca_pennell@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the Defendant's Motion to Compel Grand Jury Transcripts with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: James P. Hagarty, Assistant United States Attorney.

>s/ Rebecca L. Pennell
Rebecca L. Pennell, 27851
Attorney for Ricky Dale Henson
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone Number: (509) 248-8920
Fax Number: (509) 248-9118
rebecca_pennell@fd.org