Rebecca L. Pennell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
RICKY DALE HENSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-06-2029-LRS |
| vs. | ) DEFENDANT'S MEMORANDUM IN |
| | ) SUPPORT OF MOTION TO COMPEL |
| RICKY DALE HENSON, | ) GRAND JURY TRANSCRIPTS |
| Defendant. | ) |

TO:  JAMES A. McDEVITT, UNITED STATES ATTORNEY
     JAMES P. HAGARTY, ASSISTANT UNITED STATES ATTORNEY

The defendant is charged with being a prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) and possession of a stolen firearm in violation of 18 U.S.C. § 922(j). A pretrial conference is scheduled for April 27, 2006. Trial is set for May 8, 2006.

This motion is based upon the United States Constitution VI Amendment, the Federal Rules of Criminal Procedure, and Judge Leavitt's discovery order. Mr. Henson moves this Court for an order directing the preparation and production of the grand jury testimony of the Government's witnesses. Mr. Henson furthermore requests that the Government be directed to provide the grand jury transcripts in advance

of trial.

Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), the court has the authority to authorize disclosure of grand jury matters preliminarily to or in connection with judicial proceedings.[1] Disclosure of grand jury transcripts in advance of trial is appropriate, as the government has agreed to provide discovery in this matter on an open file basis. Clearly, Mr. Henson would be entitled to review grand jury transcripts pertaining to any witness who testifies at trial or at a pretrial proceeding. See FRCrP 26.2(a)&(f)(3). Because the government has agreed, pursuant to Judge Leavitt's discovery order, to treat this matter as an open file case and disclose witness statements pretrial, the court should direct that grand jury transcripts be disclosed in advance of trial. Knowing that grand jury transcripts will be necessary during trial, the government certainly can be expected to order production of transcripts as this case nears trial. Under the open file discovery order, Mr. Henson is entitled to anything in the government's file that may be introduced at trial. All Mr. Henson is asking for is

---

[1] The Jencks Act, 18 U.S.C. § 3500, does not apply to pretrial requests for disclosure of grand jury testimony. In Pittsburgh Plate Glass Co. v. United States, 360 U.S. 395 (1959), the Supreme Court construed the Act as inapplicable to grand jury transcripts. The Act was subsequently amended in 1970 to include grand jury testimony as falling within the definition of "statement" as used in subsections (b), (c), and (d) of the Act. However, Congress specifically did not include grand jury testimony within the scope of the statements referred to in subsection (a) of the Act. Subsection (a) of the Jencks Act is the only portion of the Act that can be construed as referring to pretrial requests for disclosure. Accordingly, the rule set forth in Pittsburgh Plate Glass still applies to pretrial requests for grand jury testimony. See United States v. Short, 671 F.2d 178, 185 (6th Cir. 1982).

1  an order clarifying that he should be provided grand jury transcripts
2  once they come into the government's possession, before trial.
3  Dated: April 17, 2006          Respectfully Submitted,
4
5                                 s/ Rebecca L. Pennell
                                  Rebecca L. Pennell, 27851
6                                 Attorney for Ricky Dale Henson
                                  Federal Defenders of Eastern
7                                 Washington and Idaho
                                  306 East Chestnut Avenue
8                                 Yakima, Washington 98901
                                  Telephone Number: (509) 248-8920
9                                 Fax Number: (509) 248-9118
                                  rebecca_pennell@fd.org
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed the Defendant's Memorandum in Support of Motion for Grand Jury Transcripts with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: James P. Hagarty, Assistant United States Attorney.

s/ Rebecca L. Pennell
Rebecca L. Pennell, 27851
Attorney for Ricky Dale Henson
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
Telephone: (509) 248-8920
Fax Number: (509) 248-9118
rebecca_pennell@fd.org