UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICKY DALE HENSON<br><br>　　　　　Defendant. | NO. CR-06-2029-LRS<br><br>ORDER **DENYING** DEFENDANT'S MOTION TO DISMISS, **GRANTING** MOTION TO COMPEL GRAND JURY TRANSCRIPTS, MOTION FOR DISCOVERY, MOTION TO DISCLOSE EVIDENCE |

　　　The Court heard oral argument on April 27, 2006 on Defendant's Defendant's Motion to Dismiss (Ct. Rec. 28), Defendant's Motion to Sever Counts (Ct. Rec.30), Defendant's Motion to Compel Grand Jury Transcripts (Ct. Rec. 33, Defendant's Motion for Discovery (Ct. Rec. 35), and Defendant's Motion to Disclose Evidence Pursuant to Rules 404 and 609 (Ct. 37). The Court granted the Defendant's request for an evidentiary hearing on Defendant's Motion to Suppress (Ct. Rec. 26), and the hearing was held on May 8, 2006. At the instant hearings, Defendant Henson, who is in custody, was present and represented by Rebecca Pennell; Assistant United States Attorney James Hagarty represented the Government.

　　　The Court, having considered all papers filed in support of and in opposition to the Defendant's motions, and having had the benefit

ORDER ~ 1

of oral argument, the Court orally ruled upon all pending motions, other than the Motion to Suppress and the Motion to Sever on April 27, 2006. On May 8, 2006, Defendant withdrew his motion to sever. The Court will issue a separate order concerning Defendant's Motion to Suppress. (Ct. Rec. 26). This Order is entered to memorialize and supplement the oral rulings of the Court made on April 27, 2006 and May 8, 2006.

1. Defendant's Motion to Dismiss (Ct. Rec. 28) is **DENIED**.

2. Defendant's Motion to Sever (Ct. Rec. 30) is **DENIED AS MOOT** because the Defendant withdrew his motion in open court on May 8, 2006.

3. Defendant's Motion to Compel Grand Jury Transcripts (Ct. Rec. 33) is **GRANTED**, subject to the government providing them to the Defendant seven calendar days before trial.

4. Defendant's Motion for Discovery (Ct. Rec. 35) is **GRANTED.** However, based on the government's representations, it appears the materials have already been provided. Any expert reports should be provided **NO LATER THAN June 5, 2006.**

5. Defendant's Motion to Disclose Evidence Pursuant to Rules 404 and 609 (Ct. Rec. 37) is **GRANTED**. However, it appears this information has already been disclosed in light of the government's representations.

ORDER ~ 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel.

**DATED** this 8th day of May, 2006.

                S/ Lonny R. Suko
                LONNY R. SUKO
             United States District Judge